**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 08-6325-M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Blas Chavez-Ortega, | ) | |
| Defendant. | ) | |

This Court has received and considered Defendant's Motion To Extend Time To Indict, Dkt #10. The Motion will be denied for failing to comply with the requirements of 18 U.S.C. §3161(h)(8)(A) and (B) to obtain an extension of time to indict. See, <u>United States v. Ramirez-Cortez</u>, 213 F.3d 1149 (9th Cir. 2000).

DATED this 12th day of November, 2008.

_____
Michelle H. Burns
United States Magistrate Judge